MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

RITA F. LIN (CABN 236220)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6511
    FAX: (415) 436-7234
    Rita.Lin@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 15-00064 WHA |
| Plaintiff, | [~~PROPOSED~~] ORDER EXCLUDING TIME FROM FEBRUARY 24, 2015 TO MARCH 17, 2015 |
| v. | |
| RICKY DEXTER HAWKINS, | |
| Defendant. | |

    The defendant, RICKY DEXTER HAWKINS, represented by Elizabeth Falk, Assistant Federal Public Defender, and the government, represented by Rita Lin, Assistant United States Attorney, appeared before the Court on February 24, 2015, for a status hearing. The parties represented that discovery had been provided to the defense and that the defense needed additional time to research and investigate issues related to a potential sentencing enhancement based on obliteration of a serial number on a gun possessed in conjunction with the ammunition charged in the case. Defense counsel requested a continuance of the matter.

    The matter was continued to March 17, 2015 at 2:00 p.m. for a change of plea hearing or to set further proceedings. Counsel for the defendant requested that time be excluded under the Speedy Trial

Act between February 24, 2015, and March 17, 2015, to allow defense counsel time to research and investigate issues related to the potential sentencing enhancement. The government stated it had no objection to excluding time.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between February 24, 2015, and March 17, 2015, would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between February 24, 2015, and March 17, 2015, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between February 24, 2015, and March 17, 2015, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED:  March 3, 2015.

HONORABLE WILLIAM H. ALSUP
United States District Judge

Approved As To Form:

_____/s/_____     Dated:  March 2, 2015
ELIZABETH FALK
Counsel for Defendant Ricky Dexter Hawkins

_____/s/_____     Dated:  March 2, 2015
RITA F. LIN
Assistant United States Attorney
Counsel for United States

ORDER EXLUDING TIME
Case No. CR 15-00064 WHA