MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

RITA F. LIN (CABN 236220)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6511
    FAX: (415) 436-7234
    Rita.Lin@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 15-00064 WHA |
| Plaintiff, | ) [PROPOSED] ORDER EXCLUDING TIME FROM |
| v. | ) MARCH 17, 2015 TO MARCH 31, 2015 |
| RICKY DEXTER HAWKINS, | ) |
| Defendant. | ) |

    The defendant, RICKY DEXTER HAWKINS, represented by Elizabeth Falk, Assistant Federal Public Defender, and the government, represented by Rita Lin, Assistant United States Attorney, appeared before the Court on March 17, 2015, for a status hearing. The parties represented that discovery had been provided to the defense and that the defense needed additional time to research and investigate issues related to a potential motion to suppress regarding the search in this case. Defense counsel requested a continuance of the matter.

    The matter was continued to March 31, 2015 at 2:00 p.m. for a change of plea hearing or to set a briefing schedule on the motion to dismiss. Defense counsel represented that any motion to suppress would be filed before March 31, 2015. Counsel for the defendant requested that time be excluded under

ORDER EXLUDING TIME
Case No. CR 15-00064 WHA

1  the Speedy Trial Act between March 17, 2015, and March 31, 2015, to allow defense counsel time to
2  research and investigate issues related to the potential suppression motion and to confer with the
3  defendant about those issues. The government stated it had no objection to excluding time.
4      Based upon the representation of counsel and for good cause shown, the Court finds that failing
5  to exclude the time between March 17, 2015, and March 31, 2015, would unreasonably deny the
6  defendant continuity of counsel and would deny counsel the reasonable time necessary for effective
7  preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The
8  Court further finds that the ends of justice served by excluding the time between March 17, 2015, and
9  March 31, 2015, from computation under the Speedy Trial Act outweigh the best interests of the public
10 and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between March
11 17, 2015, and March 31, 2015, shall be excluded from computation under the Speedy Trial Act. 18
12 U.S.C. § 3161(h)(7)(A) and (B)(iv).

15 DATED: March 23, 2015.

    _____
    HONORABLE WILLIAM H. ALSUP
    United States District Judge

Approved As To Form:

            /s/                              Dated: March 19, 2015
ELIZABETH FALK
Counsel for Defendant Ricky Dexter Hawkins

            /s/                              Dated: March 19, 2015
RITA F. LIN
Assistant United States Attorney
Counsel for United States

ORDER EXLUDING TIME
Case No. CR 15-00064 WHA