1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  DAVID R. CALLAWAY (CABN 121782)
   Chief, Criminal Division
4  RITA F. LIN (CABN 236220)
   Assistant United States Attorney
5
6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
7     Telephone: (415) 436-6511
      FAX: (415) 436-7234
8     Rita.Lin@usdoj.gov

   Attorneys for United States of America
9

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,          )   No. CR 15-0064 WHA
14                                    )
         Plaintiff,                   )   STIPULATION AND [PROPOSED] ORDER TO
15                                    )   CONTINUE SENTENCING FROM JUNE 30, 2015
      v.                              )   TO JULY 8, 2015
16                                    )
   RICKY DEXTER HAWKINS,              )
17                                    )
         Defendant.                   )
18                                    )

19

20       The defendant, RICKY DEXTER HAWKINS, represented by Elizabeth Falk, Assistant Federal

21  Public Defender, and the government, represented by Rita Lin, Assistant United States Attorney,

22  (collectively, the "parties") are currently scheduled to appear before the Court on June 30, 2015, at

23  12:00 p.m. for sentencing. The parties, by and through their counsel, respectfully request a continuance

24  of the defendant's sentencing to July 8, 2015, at ~~1:00 p.m.~~  1:30 P.M.

25       On April 14, 2015, the defendant pled guilty to Count One of the Indictment, which charged him

26  as a felon in possession of ammunition in violation of 18 U.S.C. § 922(g). Sentencing was scheduled for

27  June 30, 2015. At the change of plea hearing, the parties stated that they anticipated a factual dispute

28  about whether the firearm at issue, which is pertinent to the case as relevant conduct, had an obliterated

STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING
NO. CR 15-0064 WHA

serial number.

On April 14, 2015, the government informed the defense that it intended to send the firearm for testing in connection with that factual dispute. Specifically, the government stated that, in instances in which a firearm's serial number had not been thoroughly and completely obliterated, traces of the serial number could sometimes remain. The government stated its intention to ask a laboratory to perform an acid-based chemical test to attempt to uncover any traces of the serial number that might remain. The government noted, however, that the test would destroy the paint and coating, as well as part of the metal, on the firearm in the spot where the government believes the obliteration likely occurred. The government therefore offered the defense the opportunity to examine the gun one more time before it was sent for testing.

The defense requested that the government refrain from testing until defense counsel could evaluate whether the defendant would like to hire its own expert to perform a different, non-destructive test first. The government expressed concerns about the parties' ability to complete both tests in time for sentencing, but the parties agreed that, if that issue arose, the parties would stipulate to continue the sentencing to accommodate the testing. Over the next month, counsel for the defendant consulted with several different potential experts, each of whom stated that the acid-based chemical testing proposed by the government would be preferable to the non-destructive options being considered. Accordingly, the defendant decided not to proceed with his own testing of the firearm.

On May 19, 2015, the defendant informed the government of his intention not to proceed with testing. Accordingly, the government promptly delivered the firearm to the laboratory for testing. At this point, the government has not yet received the results. The laboratory has informed the government that it anticipates that it will have a report regarding the results of the testing by June 10, 2015.

The parties' responses to the draft Presentence Report are due on June 9, 2015. In order to permit the parties to provide the pertinent information regarding the testing to Probation in their responses to the draft Presentence Report, the parties hereby stipulate to continue sentencing by eight days to July 8, 2015. In addition, the parties stipulate that their deadline to provide responses to the draft Presentence Report will also be extended by eight days to June 17, 2015.

The parties have conferred with the assigned Probation Officer Emily Libby, and she is available

STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING
NO. CR 15-0064 WHA

on July 8, 2015.  The parties have also contacted the courtroom deputy for this Court, who has confirmed that the Court is available at that time as well.

      IT IS SO STIPULATED.

Dated: June 5, 2015

/s/
RITA F. LIN
Assistant United States Attorney

Dated: June 5, 2015

/s/
ELIZABETH FALK
Assistant Federal Public Defender
Attorney for Defendant
RICKY DEXTER HAWKINS

      Good cause appearing, IT IS SO ORDERED.

DATED:  June 8, 2015.

Hon. William H. Alsup
United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING
NO. CR 15-0064 WHA